MARTIN J. KRAVITZ, ESQ.
Nevada Bar No. 83
GENA SLUGA, ESQ.
Nevada Bar No. 9910
CHRISTIAN, KRAVITZ, DICHTER,
JOHNSON & SLUGA, LLC
8985 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
(702) 362-6666
(702) 992-1000, Facsimile

*Attorneys for Plaintiff,*
*SCOTTSDALE INSURANCE COMPANY*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>Plaintiff,<br>vs.<br><br>LIBERTY MUTUAL INSURANCE COMPANY,<br><br>Defendants. | Case No.: 2:12-cv-01328-GMN-CWH<br><br>**SUBSTITUTION OF COUNSEL** |

Plaintiff Scottsdale Insurance Company hereby substitutes Martin J. Kravitz, Esq. and Gena Sluga, Esq., of the law firm of CHRISTIAN, KRAVITZ, DICHTER, JOHNSON & SLUGA, LLC, 8985 S. Eastern Avenue, Suite 200, Las Vegas, Nevada 89123; (702) 362-6666, as attorney of record in place and stead of Theodore J. Kurtz, Esq., of the law firm of Selman Breitman, LLP.

DATED: Spt 6, 2012

SCOTTSDALE INSURANCE COMPANY

By _____
Its _____

I consent to the above substitution.

DATED: 6 Sept 2012

SELMAN BREITMAN, LLP

_____
Theodore J. Kurtz, Esq. (NSB #1344)
3980 Howard Hughes Pkwy., Suite 400
Las Vegas, Nevada 89169

I am duly admitted to practice in this District.

Above substitution accepted.

DATED this 6th day of September, 2012.

CHRISTIAN, KRAVITZ, DICHTER, JOHNSON & SLUGA, LLC

_____
Martin J. Kravitz, Esq.
Nevada Bar No. 83
GENA SLUGA, ESQ.
Nevada Bar No. 9910
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
(702) 362-6666
(702) 992-1000, Facsimile
mkravitz@kssattorneys.com

APPROVED:

DATED: September 14, 2012

_____
UNITED STATES MAGISTRATE JUDGE