MARTIN J. KRAVITZ, ESQ.
Nevada Bar No. 83
GENA SLUGA, ESQ.
Nevada Bar No. 9910
CHRISTIAN, KRAVITZ, DICHTER,
JOHNSON & SLUGA, LLC
8985 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
(702) 362-6666
(702) 992-1000, Facsimile

*Attorneys for Plaintiff,*
*SCOTTSDALE INSURANCE COMPANY*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>Plaintiff,<br>vs.<br><br>LIBERTY MUTUAL INSURANCE COMPANY,<br><br>Defendants. | Case No.: 2:12-cv-01328-GMN-CWH<br><br>**SUBSTITUTION OF COUNSEL** |

Plaintiff Scottsdale Insurance Company hereby substitutes Martin J. Kravitz, Esq. and Gena Sluga, Esq., of the law firm of CHRISTIAN, KRAVITZ, DICHTER, JOHNSON & SLUGA, LLC, 8985 S. Eastern Avenue, Suite 200, Las Vegas, Nevada 89123; (702) 362-6666, as attorney of record in place and stead of Theodore J. Kurtz, Esq., of the law firm of Selman Breitman, LLP.

DATED: Spt 6, 2012

SCOTTSDALE INSURANCE COMPANY

By _____
Its _____

1  I consent to the above substitution.

2  DATED: 6 Sept 2012                                      SELMAN BREITMAN, LLP

                                                           _____
                                                           Theodore J. Kurtz, Esq. (NSB #1344)
                                                           3980 Howard Hughes Pkwy., Suite 400
                                                           Las Vegas, Nevada 89169

7  I am duly admitted to practice in this District.

8  Above substitution accepted.

9  DATED this 10th day of September, 2012.

                                                           CHRISTIAN, KRAVITZ, DICHTER, JOHNSON &
                                                           SLUGA, LLC

                                                           _____
                                                           Martin J. Kravitz, Esq.
                                                           Nevada Bar No. 83
                                                           GENA SLUGA, ESQ.
                                                           Nevada Bar No. 9910
                                                           8985 S. Eastern Avenue, Suite 200
                                                           Las Vegas, Nevada 89123
                                                           (702) 362-6666
                                                           (702) 992-1000, Facsimile
                                                           mkravitz@kssattorneys.com

                                                           APPROVED:

DATED: September 14, 2012                                  _____
                                                           UNITED STATES MAGISTRATE JUDGE