IAN P. GILLAN, ESQ.
Nevada Bar No. 9034
KOELLER NEBEKER CARLSON & HALUCK, LLP
300 South Fourth Street, Suite 500
Las Vegas, NV 89101
Phone: (702) 853-5500
Fax: (702) 853-5599

GREGORY J. KERWIN, ESQ.
Nevada Bar No. 12417
GIBSON, DUNN & CRUTCHER LLP
1801 California Street, Suite 4200
Denver, Colorado 80202
Phone: (303) 298-5739
Fax: (303) 313-2829

Attorneys for Defendant,
LIBERTY MUTUAL INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY<br>    Plaintiff/Counter-Defendant,<br>v.<br>LIBERTY MUTUAL INSURANCE COMPANY,<br>    Defendant/Counter-Plaintiff. | CASE NO. 2:12-cv-01328-GMN-CWH<br><br>**STIPULATED MOTION TO RE-SET JULY 21, 2015 HEARING DATE TO A DIFFERENT DATE**<br><br>**AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT** |

**MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**

On July 7, 2015, the Court entered a Minute Order (Dkt. 76) setting a hearing on the Sealed Motion (Dkt. 72) for July 21, 2015 at 10:00 am.

Plaintiff, Scottsdale Insurance Company ("Scottsdale") and Defendant Liberty Mutual Insurance Company ("Liberty Mutual") join in moving to re-set that hearing date to a different date in August 2015. Counsel for Scottsdale and Liberty Mutual contacted the Court's clerk and understand Chief Judge Navarro currently has a hearing time available during the week of August 17-21, 2015. Therefore, the parties respectfully request that the Court re-set that hearing on the

Sealed Motion (Dkt. 72) for Thursday, August 20, 2015, or if that day is not available on the Court's calendar, then some other day during the week of August 17-21, 2015.

In support of this Motion, the parties state as follows:

1. Counsel for Liberty Mutual (Gregory Kerwin) is required to attend a different court hearing on July 21, 2015 in Greeley, Colorado in order to present arguments on motions to dismiss in a complex stockholder derivative lawsuit. That case is captioned: *Sutton v. SM Energy Company, et al.*, No. 2014-cv-30453 (District Court, Weld County, Colorado). That hearing is scheduled to begin at 10:30 am Mountain time. *See* attached Order. The hearing has been scheduled since May 4, 2015 and the case involves four sets of lawyers (one set for plaintiffs and three sets for the different defendants). Mr. Kerwin is lead counsel for his clients (the SM Energy officer defendants) and they have requested that he present argument at this hearing. It would be very difficult for Mr. Kerwin to try to change that hearing date at this stage.

2. Counsel for Liberty Mutual and Scottsdale conferred on July 7, 2015 about this schedule conflict and Scottsdale's counsel has agreed to accommodate a schedule change if the Court will permit it. After comparing schedules and contacting the Court's clerk, the parties request that the Court re-set this hearing to Thursday, August 20, 2015, or if that date is not available then some other day during the week of August 17-21, 2015.

WHEREFORE, Plaintiff and Defendant respectfully request that the Court grant this stipulated motion and re-set the hearing on Sealed Motion (Dkt. 72) for either: Thursday, August 20, 2015, or else another day during the week of August 17-21, 2015.

Dated: July 8, 2015.

Respectfully submitted,

| KOELLER, NEBEKER, CARLSON & HALUCK, LLP | GIBSON, DUNN & CRUTCHER LLP |
|---|---|
| */s/ Ian P. Gillan* | */s/ Gregory J. Kerwin* |
| Ian P. Gillan, Esq.<br>300 South Fourth Street, Suite 500<br>Las Vegas, NV 89101<br>*Attorneys for Defendant* | Gregory J. Kerwin, Esq.<br>1801 California Street, Suite 4200<br>Denver, CO 80202<br>*Attorneys for Defendant* |

**IT IS SO ORDERED** this 14th day of July, 2015.
The hearing is continued to Thursday, August 20, 2015 at 2:00 p.m. before Chief Judge Gloria M. Navarro in Las Vegas Courtroom 7D.

_____
Gloria M. Navarro, Chief Judge
United States District Court

CHRISTIAN, KRAVITZ, DICHTER,
JOHNSON & SLUGA, LLC

/s/ Martin J. Kravitz
_____
Martin J. Kravitz, Esq.
Tyler Watson, Esq.
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada  89123
*Attorneys for Plaintiff*