IAN P. GILLAN, ESQ.
Nevada Bar No. 9034
KOELLER NEBEKER CARLSON & HALUCK, LLP
300 South Fourth Street, Suite 500
Las Vegas, NV 89101
Phone: (702) 853-5500
Fax: (702) 853-5599

GREGORY J. KERWIN, ESQ.
Nevada Bar No. 12417
GIBSON, DUNN & CRUTCHER LLP
1801 California Street, Suite 4200
Denver, Colorado 80202
Phone: (303) 298-5739
Fax: (303) 313-2829

Attorneys for Defendant,
LIBERTY MUTUAL INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY<br>    Plaintiff/Counter-Defendant,<br>v.<br>LIBERTY MUTUAL INSURANCE COMPANY,<br>    Defendant/Counter-Plaintiff. | CASE NO. 2:12-cv-01328-GMN-CWH<br><br>**STIPULATED MOTION TO DISMISS WITH PREJUDICE ALL REMAINING CLAIMS AND COUNTERCLAIMS IN THIS CASE, INCLUDING CLAIMS FOR COSTS AND ATTORNEYS FEES, AND STIPULATION TO WAIVE ANY APPEAL OF THIS COURT'S SEPTEMBER 3, 2015 ORDER AND FINAL JUDGMENT** |

Plaintiff, Scottsdale Insurance Company ("Scottsdale") and Defendant Liberty Mutual Insurance Company ("Liberty Mutual"), by and through their counsel, stipulate and move as follows:

1.   In light of the Court's September 3, 2015 Order and Final Judgment, Defendant Liberty Mutual could file a motion seeking the award of its costs and attorney's fees based on an offer of judgment that it served on Scottsdale on December 18, 2013.

2. Plaintiff Scottsdale could pursue an appeal to the U.S. Court of Appeals for the Ninth Circuit of the Court's September 3, 2015 Order and Final Judgment.

3. To avoid the cost and uncertainty of further litigation on those issues, Liberty Mutual has agreed to waive any claim against Scottsdale for costs or attorney's fees, in exchange for Scottsdale waiving its right to appeal the Order and Final Judgment.

4. Therefore the parties hereby stipulate and move that the Court enter an order dismissing with prejudice under Fed. R. Civ. P. 41(a)(2) all remaining claims and counterclaims in this action, including any claims for costs and attorney's fees, with each party to bear its own costs and attorney's fees.

5. In addition, the parties stipulate that Scottsdale will waive its right to appeal any of the Court's orders in this case including the September 3, 2015 Order and Final Judgment.

WHEREFORE, Plaintiff and Defendant respectfully request that the Court grant this stipulated motion and dismiss with prejudice under Fed. R. Civ. P. 41(a)(2) all remaining claims and counterclaims in this action, including any claims for costs and attorney's fees, with each party to bear its own costs and attorney's fees, in recognition of Scottsdale's agreement to waive any appeal in this case.

Dated: September 14, 2015.

Respectfully submitted,

| KOELLER, NEBEKER, CARLSON & HALUCK, LLP | GIBSON, DUNN & CRUTCHER LLP |
|---|---|
| */s/ Ian P. Gillan* | */s/ Gregory J. Kerwin* |
| Ian P. Gillan, Esq.<br>300 South Fourth Street, Suite 500<br>Las Vegas, NV 89101<br>*Attorneys for Defendant* | Gregory J. Kerwin, Esq.<br>1801 California Street, Suite 4200<br>Denver, CO 80202<br>*Attorneys for Defendant* |

CHRISTIAN, KRAVITZ, DICHTER,
JOHNSON & SLUGA, LLC

/s/ Martin J. Kravitz
_____
Martin J. Kravitz, Esq.
Tyler Watson, Esq.
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
*Attorneys for Plaintiff*

Based on the parties' Stipulated Motion set forth above:

1. The Court hereby grants that Stipulated Motion.

2. The Court hereby dismisses with prejudice under Fed. R. Civ. P. 41(a)(2) all remaining claims and counterclaims in this action, including any claims for costs and attorney's fees, with each party to bear its own costs and attorney's fees, in recognition of Scottsdale's agreement to waive any appeal in this case.

3. This case is now terminated.

**IT IS SO ORDERED.**
November 4th, 2015
~~Dated: September __, 2015.~~

_____
Gloria M. Navarro, Chief Judge
United States District Judge

# CERTIFICATE OF MAILING

The undersigned hereby certifies that on the 14th day of September, 2015, I served a copy of the foregoing STIPULATED MOTION TO DISMISS WITH PREJUDICE ALL REMAINING CLAIMS AND COUNTERCLAIMS IN THIS CASE, INCLUDING CLAIMS FOR COSTS AND ATTORNEYS FEES, AND STIPULATION TO WAIVE ANY APPEAL OF THIS COURT'S SEPTEMBER 3, 2015 ORDER AND FINAL JUDGMENT on counsel listed below through the Court's ECF system:

Martin J. Kravitz
Tyler Watson
Christian, Kravitz, Dichter, Johnson & Sluga, LLC
8985 South Eastern Avenue, Suite 200
Las Vegas, NV  89123

Email:
mkravitz@ksjattorneys.com
tjwatson@ksjattorneys.com

*Attorneys for Plaintiff, Scottsdale Insurance Company*

> *s/ Gregory J. Kerwin*
> of Gibson, Dunn & Crutcher LLP